UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| H. Richard Austin, )<br>                Plaintiff, )<br>                       )<br>    v.                      )<br>                       )<br>Douglas G. Peterson & Associates, Inc., )<br>Stephen W. Houghton, and Jimmy Pau, )<br>               Defendants. )<br>                       ) | **JUDGMENT**<br><br>No. 5:11-CV-373-BR |

**Decision by Court.**

This action came before Senior United States District Judge W. Earl Britt for the consideration of the defendants' motion to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** that Defendants' motion to dismiss (DE # 5) is GRANTED. Plaintiff's complaint is DISMISSED WITH PREJUDICE. The Clerk is DIRECTED to close this case

**This judgment filed and entered on December 1, 2011, and served on:**

Paul Marshall Yoder (via CM/ECF Notice of Electronic Filing)
George L. Goodridge (via CM/ECF Notice of Electronic Filing)
H. Richard Austin (via US Mail PO Box 29472, Saint Louis, MO 63126)

December 1, 2011                                    /s/ Dennis P. Iavarone,
                                                                Clerk of Court