UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| H. Richard Austin, | ) | |
|               Plaintiff, | ) | |
| | ) | |
|     v. | ) | **JUDGMENT** |
| | ) | |
| Douglas G. Peterson & Associates, Inc., | ) | No. 5:11-CV-373-BR |
| Stephen W. Houghton, and Jimmy Pau, | ) | |
|               Defendants. | ) | |
| | ) | |

**Decision by Court.**

This action came before Senior United States District Judge W. Earl Britt for the consideration of the defendants' motion to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** that Defendants' motion to dismiss (DE # 5) is GRANTED. Plaintiff's complaint is DISMISSED WITH PREJUDICE. The Clerk is DIRECTED to close this case

**This judgment filed and entered on December 1, 2011, and served on:**

Paul Marshall Yoder  (via CM/ECF Notice of Electronic Filing)
George L. Goodridge (via CM/ECF Notice of Electronic Filing)
H. Richard Austin (via US Mail PO Box 29472, Saint Louis, MO 63126)

December 1, 2011                                 /s/ Dennis P. Iavarone,
                                                            Clerk of Court